| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | **Krystian Louise Swinton**<br>First Name    Middle Name    Last Name | Social Security number or ITIN:   xxx–xx–4251<br>EIN:   __–_____ | |
| **Debtor 2:**<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:   ____<br>EIN:   __–_____ | |
| United States Bankruptcy Court: | Western District of Missouri | Date case filed for chapter:      7      10/21/19 | |
| Case number: | 19–42681–btf7 | | |

## Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline

12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Krystian Louise Swinton | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7718 Loma Vista Dr<br>Kansas City, MO 64138 | |
| 4. | **Debtor's attorney**<br>Name and address | Tracy L. Robinson<br>818 Grand Blvd., Suite 505<br>Kansas City, MO 64106 | Contact phone 816–842–1317<br>Email: admin@tlrlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Janice E. Stanton<br>104 W. 9th Street – Suite 303<br>Kansas City, MO 64105 | Contact phone 816–421–7770<br>Email: janice.stanton@sbcglobal.net |

For more information, see page 2 >

| 6. **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>Charles Evans Whittaker Courthouse<br>400 East 9th Street, Room 1510<br>Kansas City, MO 64106 | Hours open:<br>9:00 am – 4:30 pm<br><br>Contact phone 816–512–1800<br><br>Date: 10/22/19 |
|---|---|---|
| 7. **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 26, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**400 East 9th Street,, Trustee Hearing Room 2110B, Kansas City, MO 64106** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>· if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>· if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>· if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/27/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                    page 2

```
District/off: 0866-4          User: adkt              Page 2 of 2            Date Rcvd: Oct 22, 2019
                              Form ID: 309A           Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
16566673        +E-mail/Text: electronicbkydocs8@nelnet.net Oct 22 2019 21:14:59      Nelnet,   Acct No xxxxxx5787,
                 121 S 13th Street,   Suite 201,   Lincoln NE 68508-1911
16566674         E-mail/Text: electronicbkydocs8@nelnet.net Oct 22 2019 21:14:59      Nelnet,   Acct No xxxxxx5787,
                 3015 South Parker Road,   Suite 400,   Aurora CO 80014-2904
16566678         EDI: RMSC.COM Oct 23 2019 01:13:00      SYNCB/Old Navy,    PO Box 965004,   Orlando FL 32896-5004
16566680         EDI: RMSC.COM Oct 23 2019 01:13:00      SYNCB/Old Navy,    PO Box 965005,   Orlando FL 32896-5005
16566679         EDI: RMSC.COM Oct 23 2019 01:13:00      SYNCB/Old Navy,    PO Box 965036,   Orlando FL 32896-5036
16566681         EDI: RMSC.COM Oct 23 2019 01:13:00      SYNCB/QCard,   Acct No xxxx xxxx xxxx 7898,
                 PO Box 965017,   Orlando FL 32896-5017
16566682         EDI: RMSC.COM Oct 23 2019 01:13:00      SYNCB/QCard,   Acct No xxxx xxxx xxxx 7898,
                 PO Box 965018,   Orlando FL 32896-5018
16566685         EDI: RMSC.COM Oct 23 2019 01:13:00      SYNCB/Walmart,   Acct No xxxx xxxx xxxx 1053,
                 PO Box 965022,   Orlando FL 32896-5022
16566683         EDI: RMSC.COM Oct 23 2019 01:13:00      SYNCB/Walmart,   Acct No xxxx xxxx xxxx 1053,
                 PO Box 965024,   Orlando FL 32896-5024
16566684         EDI: RMSC.COM Oct 23 2019 01:13:00      SYNCB/Walmart,   Acct No xxxx xxxx xxxx 1053,
                 PO Box 965036,   Orlando FL 32896-5036
16566687        +EDI: RMSC.COM Oct 23 2019 01:13:00      Synchrony Bank/Old Navy,   4125 Windward Plaza Drive,
                 Alpharetta GA 30005-8738
16566686         EDI: RMSC.COM Oct 23 2019 01:13:00      Synchrony Bank/Old Navy,   Attn: Bankruptcy Department,
                 PO Box 965060,   Orlando FL 32896-5060
16566688        +EDI: RMSC.COM Oct 23 2019 01:13:00      Synchrony Bank/Q Card,   Acct No xxxx xxxx xxxx 7898,
                 4125 Windward Plaza Drive,   Alpharetta GA 30005-8738
16566689         EDI: RMSC.COM Oct 23 2019 01:13:00      Synchrony Bank/QCard,   Acct No xxxx xxxx xxxx 7898,
                 Attn: Bankruptcy Department,   PO Box 965060,   Orlando FL 32896-5060
16566691        +EDI: RMSC.COM Oct 23 2019 01:13:00      Synchrony Bank/Walmart,   Acct No xxxx xxxx xxxx 1053,
                 4125 Windward Plaza Drive,   Alpharetta GA 30005-8738
16566690         EDI: RMSC.COM Oct 23 2019 01:13:00      Synchrony Bank/Walmart,   Acct No xxxx xxxx xxxx 1053,
                 Attn: Bankruptcy Department,   PO Box 965060,   Orlando FL 32896-5060
                                                                                                  TOTAL: 38

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
NONE.                                                                                             TOTAL: 0

United States Bankruptcy Court
Western District of Missouri

In re:
Krystian Louise Swinton
    Debtor

Case No.  19-42681-btf
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0866-4        User: adkt        Page 1 of 2        Date Rcvd: Oct 22, 2019
                    Form ID: 309A    Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.

```
db            +Krystian Louise Swinton,   7718 Loma Vista Dr,   Kansas City, MO 64138-4005
16566648      +Abbott, Osborn, Van Vliet, PLC,   Acct No xx6838,   974 - 73rd Street,   Suite 20,
               Des Moines IA 50265-1026
16566659      +CarMax Auto Finance,   Acct No xxxx0414,   12800 Tuckahoe Creek Parkway,
               Richmond VA 23238-1115
16566658      +Carmax Auto Finance,   Acct No xxxx0414,   225 Chastain Meadows Court,   Kennesaw GA 30144-5897
16566657       Carmax Auto Finance,   Acct No xxxx0414,   PO Box 440609,   Kennesaw GA 30160-9511
16566660       Client Services, Inc.,   Acct No xxxx8010,   3451 Harry S Truman Boulevard,
               Saint Charles MO 63301-4047
16566664       Dept of Education - OGC,   Acct No xxxxxx5787,   Division of Post Secondary Education,
               400 Maryland Avenue SW,   Room 6E353,   Washington DC 20202-2110
16566669      ++MCNEILEPAPPAS PC,   7500 W 110TH ST,   SUITE 110,   OVERLAND PARK KS 66210-2476
               (address filed with court: McNeilePappas, PC,   Acct No xxxx xxxx xxxx 4051,
               14701 E 42nd Street,   Suite 200,   Independence MO 64055-0000)
16566672      +Midland Funding, LLC,   Acct No xxxxxx4653,   320 East Big Beaver,   Troy MI 48083-1271
16566677      +Recovery Management Service,   Acct No xxxx3642,   4200 Cantera Drive,   Suite 211,
               Warrenville IL 60555-3040
16566692      +US Attorney Western District of Missouri,   Acct No xxxxxx5787,
               Attn Bankruptcy Processing Clerk,   Charles Evans Whittaker Courthouse,
               400 East 9th Street, Room 5510,   Kansas City MO 64106-2637
16566693       US Department of Education,   Acct No xxxxxx5787,   Office of the Secretary,
               Room 4181 Fed Office Bldg 6,   400 Maryland Ave SW,   Washington DC 20202-0100
16566695      +US Department of Education,   Acct No xxxxxx5787,   3130 Fairview Park Drive,   Suite 800,
               Falls Church VA 22042-4566
16566696      +US Department of Education,   Acct No xxxxxx5787,   2505 S Finley Road,   Lombard IL 60148-4867
16566694       US Department of Education,   Acct No xxxxxx5787,   PO Box 5227,   Greenville TX 75403-5227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: admin@tlrlaw.com Oct 22 2019 21:14:48     Tracy L. Robinson,
               818 Grand Blvd., Suite 505,   Kansas City, MO 64106
tr            +EDI: QJESTANTON.COM Oct 23 2019 01:13:00     Janice E. Stanton,   104 W. 9th Street - Suite 303,
               Kansas City, MO 64105-1718
smg            E-mail/Text: ecfnotices@dor.mo.gov Oct 22 2019 21:14:52     Missouri Department of Revenue,
               General Counsel's Office,   PO Box 475,   Jefferson City, MO 65105-0475
16566656       EDI: CAPITALONE.COM Oct 23 2019 01:13:00     Capital One Bank USA NA,
               Acct No xxxx xxxx xxxx 5592,   15000 Capital One Drive,   Richmond VA 23238-0000
16566654       EDI: CAPITALONE.COM Oct 23 2019 01:13:00     Capital One Bank USA NA,   Acct No xxxxxx4653,
               PO Box 85015,   Richmond VA 23285-5075
16566651      +EDI: CAPITALONE.COM Oct 23 2019 01:13:00     Capital One,   Acct No xxxxxx4653,   PO Box 30281,
               Salt Lake City UT 84130-0281
16566652      +EDI: CAPITALONE.COM Oct 23 2019 01:13:00     Capital One,   Acct No xxxx xxxx xxxx 5592,
               PO Box 30281,   Salt Lake City UT 84130-0281
16566650      +EDI: CAPITALONE.COM Oct 23 2019 01:13:00     Capital One,   Acct No xxxx xxxx xxxx 0425,
               Inquiries/Bankruptcy Department,   PO Box 30285,   Salt Lake City UT 84130-0285
16566649       EDI: CAPITALONE.COM Oct 23 2019 01:13:00     Capital One,   Acct No xxxx xxxx xxxx 5592,
               Inquiries/Bankruptcy Department,   PO Box 30285,   Salt Lake City UT 84130-0285
16566655      +EDI: CAPITALONE.COM Oct 23 2019 01:13:00     Capital One Bank USA NA,
               Acct No xxxx xxxx xxxx 5592,   10700 Capital One Way,   Richmond VA 23060-9243
16566653      +EDI: CAPITALONE.COM Oct 23 2019 01:13:00     Capital One Bank USA NA,   Acct No xxxxxx4653,
               10700 Capital One Way,   Richmond VA 23060-9243
16566661       EDI: WFNNB.COM Oct 23 2019 01:13:00     Comenity Bank/Victoira's Secret,
               Acct No ****-****-****-7987,   PO Box 182789,   Columbus OH 43218-2789
16566662       EDI: WFNNB.COM Oct 23 2019 01:13:00     Comenity Bank/Victoria's Secret,
               Acct No ****-****-****-7987,   Bankruptcy Department,   PO Box 182125,
               Columbus OH 43218-2125
16566663       EDI: WFNNB.COM Oct 23 2019 01:13:00     Comenity Bank/Victoria's Secret,
               Acct No ****-****-****-7987,   Customer Service,   PO Box 182273,   Columbus OH 43218-2273
16566666       EDI: DISCOVER.COM Oct 23 2019 01:13:00     Discover Card,   Acct No xxxx xxxx xxxx 4051,
               PO Box 15316,   Wilmington DE 19850-5316
16566665       EDI: DISCOVER.COM Oct 23 2019 01:13:00     Discover Card,   Acct No xxxx xxxx xxxx 4051,
               PO Box 30395,   Salt Lake City UT 84130-0395
16566667      +EDI: FSAE.COM Oct 23 2019 01:13:00     First Source Advantage, LLC,   Acct No xxxx7216,
               205 Bryant Woods South,   Buffalo NY 14228-3609
16566668       E-mail/Text: ben.meyer@gcu.edu Oct 22 2019 21:14:51     Grand Canyon University,
               Acct No xxxx3642,   3300 W Camelback Road,   Phoenix AZ 85017-0000
16566670      +EDI: MID8.COM Oct 23 2019 01:13:00     Midland Credit Management, Inc,   Acct No xxxxxx4653,
               2365 Northside Drive,   Suite 300,   San Diego CA 92108-2709
16566671      +EDI: MID8.COM Oct 23 2019 01:13:00     Midland Funding, LLC,   Acct No xxxxxx4653,
               2365 Northside Drive,   Suite 300,   San Diego CA 92108-2709
16566675      +E-mail/Text: electronicbkydocs@nelnet.net Oct 22 2019 21:14:59     Nelnet,   Acct No xxxxxx5787,
               PO Box 82505,   Lincoln NE 68501-2505
16566676       E-mail/Text: electronicbkydocs@nelnet.net Oct 22 2019 21:14:59     Nelnet,   Acct No xxxxxx5787,
               PO Box 82561,   Lincoln NE 68501-2561
```

Debtor 1    Krystian Louise Swinton                                Case number (if known) _____

| 4.5 | Midland Funding, LLC | Last 4 digits of account number | 4653 | | $1,910.87 |

Nonpriority Creditor's Name
2365 Northside Drive
Suite 300
San Diego, CA 92108

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    1916-CV15673

---

| 4.6 | Nelnet | Last 4 digits of account number | 5787 | | $62,855.88 |

Nonpriority Creditor's Name
121 S 13th Street
Suite 201
Lincoln, NE 68508

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.7 | Synchrony Bank/Old Navy | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    Krystian Louise Swinton

Case number (if known)

| 4.8 | Synchrony Bank/QCard | Last 4 digits of account number | 7898 | | $961.52 |

Nonpriority Creditor's Name
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Check if this claim is for a community debt

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.9 | Synchrony Bank/Walmart | Last 4 digits of account number | 1053 | | $571.63 |

Nonpriority Creditor's Name
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Check if this claim is for a community debt

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Abbott, Osborn, Van Vliet, PLC | Line 4.5 of (Check one): □ Part 1: Creditors with Priority Unsecured Claims |
| 974 - 73rd Street | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Suite 20 | |
| Des Moines, IA 50324 | |
| | Last 4 digits of account number        6838 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Capital One | Line 4.5 of (Check one): □ Part 1: Creditors with Priority Unsecured Claims |
| Inquiries/Bankruptcy Department | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| PO Box 30285 | |
| Salt Lake City, UT 84130-0285 | |
| | Last 4 digits of account number        0425 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Capital One | Line 4.5 of (Check one): □ Part 1: Creditors with Priority Unsecured Claims |
| PO Box 30281 | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Salt Lake City, UT 84130 | |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Debtor 1    Krystian Louise Swinton _____     Case number (if known) _____

| | |
|---|---|
| 14701 E 42nd Street<br>Suite 200<br>Independence, MO 64055 | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Midland Credit Management, Inc<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108 | Line **4.5** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number         4653 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Midland Funding, LLC<br>320 East Big Beaver<br>Troy, MI 48083 | Line **4.5** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Nelnet<br>3015 South Parker Road<br>Suite 400<br>Aurora, CO 80014-2904 | Line **4.6** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Nelnet<br>PO Box 82561<br>Lincoln, NE 68501-2561 | Line **4.6** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Nelnet<br>PO Box 82505<br>Lincoln, NE 68501 | Line **4.6** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Recovery Management Service<br>4200 Cantera Drive<br>Suite 211<br>Warrenville, IL 60555-0857 | Line **4.4** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| SYNCB/Old Navy<br>PO Box 965004<br>Orlando, FL 32896-5004 | Line **4.7** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| SYNCB/Old Navy<br>PO Box 965005<br>Orlando, FL 32896-5005 | Line **4.7** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| SYNCB/Old Navy<br>PO Box 965036<br>Orlando, FL 32896-5036 | Line **4.7** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| SYNCB/QCard<br>PO Box 965017<br>Orlando, FL 32896-5017 | Line **4.8** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| SYNCB/QCard | Line **4.8** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims |

Debtor 1    Krystian Louise Swinton

Case number (if known)

| | |
|---|---|
| PO Box 965018<br>Orlando, FL 32896-5018 | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**Name and Address**
SYNCB/Walmart
PO Box 965024
Orlando, FL 32896-5024

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**Name and Address**
SYNCB/Walmart
PO Box 965022
Orlando, FL 32896-5022

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**Name and Address**
SYNCB/Walmart
PO Box 965036
Orlando, FL 32896-5036

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**Name and Address**
Synchrony Bank/Old Navy
4125 Windward Plaza Drive
Alpharetta, GA 30005

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**Name and Address**
Synchrony Bank/Q Card
4125 Windward Plaza Drive
Alpharetta, GA 30005

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**Name and Address**
Synchrony Bank/Walmart
4125 Windward Plaza Drive
Alpharetta, GA 30005

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**Name and Address**
US Attorney Western District of
Missouri
Attn  Bankruptcy Processing Clerk
Charles Evans Wiittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, MO 64106

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**Name and Address**
US Department of Education
Office of the Secretary
Room 4181 Fed Office Bldg 6
400 Maryland Ave SW
Washington, DC 20202-0100

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**Name and Address**
US Department of Education
2505 S Finley Road
Lombard, IL 60148-4899

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**Name and Address**
US Department of Education
3130 Fairview Park Drive
Suite 800
Falls Church, VA 23323

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

Western District of Missouri
### Case No. 19−42681−btf7
#### Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Krystian Louise Swinton
7718 Loma Vista Dr
Kansas City, MO 64138

Social Security / Individual Taxpayer ID No.:
xxx−xx−4251

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 1/29/20

Brian T. Fenimore
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Missouri

In re:
Krystian Louise Swinton                                        Case No. 19-42681-btf
    Debtor                                                     Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0866-4            User: admin            Page 1 of 2            Date Rcvd: Jan 29, 2020
                               Form ID: b18            Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
db               +Krystian Louise Swinton,    7718 Loma Vista Dr,    Kansas City, MO 64138-4005
16566648         +Abbott, Osborn, Van Vliet, PLC,    Acct No xx6838,    974 - 73rd Street,    Suite 20,
                  Des Moines IA 50265-1026
16566659         +CarMax Auto Finance,    Acct No xxxx0414,    12800 Tuckahoe Creek Parkway,
                  Richmond VA 23238-1115
16566658         +Carmax Auto Finance,    Acct No xxxx0414,    225 Chastain Meadows Court,    Kennesaw GA 30144-5897
16566657          Carmax Auto Finance,    Acct No xxxx0414,    PO Box 440609,    Kennesaw GA 30160-9511
16566664          Dept of Education - OGC,    Acct No xxxxxx5787,    Division of Post Secondary Education,
                  400 Maryland Avenue SW,    Room 6E353,    Washington DC 20202-2110
16566669        ++MCNEILEPAPPAS PC,    7500 W 110TH ST,    SUITE 110,    OVERLAND PARK KS 66210-2476
                  (address filed with court: McNeilePappas, PC,    Acct No xxxx xxxx xxxx 4051,
                  14701 E 42nd Street,    Suite 200,    Independence MO 64055-0000)
16566672         +Midland Funding, LLC,    Acct No xxxxxx4653,    320 East Big Beaver,    Troy MI 48083-1271
16566677         +Recovery Management Service,    Acct No xxxx3642,    4200 Cantera Drive,    Suite 211,
                  Warrenville IL 60555-3040
16566692         +US Attorney Western District of Missouri,    Acct No xxxxxx5787,
                  Attn Bankruptcy Processing Clerk,    Charles Evans Wiittaker Courthouse,
                  400 East 9th Street, Room 5510,    Kansas City MO 64106-2637
16566693          US Department of Education,    Acct No xxxxxx5787,    Office of the Secretary,
                  Room 4181 Fed Office Bldg 6,    400 Maryland Ave SW,    Washington DC 20202-0100
16566695         +US Department of Education,    Acct No xxxxxx5787,    3130 Fairview Park Drive,    Suite 800,
                  Falls Church VA 22042-4566
16566696         +US Department of Education,    Acct No xxxxxx5787,    2505 S Finley Road,    Lombard IL 60148-4867
16566694          US Department of Education,    Acct No xxxxxx5787,    PO Box 5227,    Greenville TX 75403-5227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr               +EDI: QJESTANTON.COM Jan 30 2020 02:58:00     Janice E. Stanton,    104 W. 9th Street - Suite 303,
                  Kansas City, MO 64105-1718
smg               E-mail/Text: ecfnotices@dor.mo.gov Jan 29 2020 21:57:20     Missouri Department of Revenue,
                  General Counsel's Office,    PO Box 475,    Jefferson City, MO  65105-0475
16566656          EDI: CAPITALONE.COM Jan 30 2020 02:58:00     Capital One Bank USA NA,
                  Acct No xxxx xxxx xxxx 5592,    15000 Capital One Drive,    Richmond VA 23238-0000
16566654          EDI: CAPITALONE.COM Jan 30 2020 02:58:00     Capital One Bank USA NA,    Acct No xxxxxx4653,
                  PO Box 85015,    Richmond VA 23285-5075
16566651         +EDI: CAPITALONE.COM Jan 30 2020 02:58:00     Capital One,    Acct No xxxxxx4653,    PO Box 30281,
                  Salt Lake City UT 84130-0281
16566652         +EDI: CAPITALONE.COM Jan 30 2020 02:58:00     Capital One,    Acct No xxxx xxxx xxxx 5592,
                  PO Box 30281,    Salt Lake City UT 84130-0281
16566650          EDI: CAPITALONE.COM Jan 30 2020 02:58:00     Capital One,    Acct No xxxx xxxx xxxx 0425,
                  Inquiries/Bankruptcy Department,    PO Box 30285,    Salt Lake City UT 84130-0285
16566649         +EDI: CAPITALONE.COM Jan 30 2020 02:58:00     Capital One,    Acct No xxxx xxxx xxxx 5592,
                  Inquiries/Bankruptcy Department,    PO Box 30285,    Salt Lake City UT 84130-0285
16566655         +EDI: CAPITALONE.COM Jan 30 2020 02:58:00     Capital One Bank USA NA,
                  Acct No xxxx xxxx xxxx 5592,    10700 Capital One Way,    Richmond VA 23060-9243
16566653         +EDI: CAPITALONE.COM Jan 30 2020 02:58:00     Capital One Bank USA NA,    Acct No xxxxxx4653,
                  10700 Capital One Way,    Richmond VA 23060-9243
16566660          E-mail/Text: mediamanagers@clientservices.com Jan 29 2020 21:57:19     Client Services, Inc.,
                  Acct No xxxx8010,    3451 Harry S Truman Boulevard,    Saint Charles MO 63301-4047
16566661          EDI: WFNNB.COM Jan 30 2020 02:58:00     Comenity Bank/Victoira's Secret,
                  Acct No ****-****-****-7987,    PO Box 182789,    Columbus OH 43218-2789
16566662          EDI: WFNNB.COM Jan 30 2020 02:58:00     Comenity Bank/Victoria's Secret,
                  Acct No ****-****-****-7987,    Bankruptcy Department,    PO Box 182125,
                  Columbus OH 43218-2125
16566663          EDI: WFNNB.COM Jan 30 2020 02:58:00     Comenity Bank/Victoria's Secret,
                  Acct No ****-****-****-7987,    Customer Service,    PO Box 182273,    Columbus OH 43218-2273
16566666          EDI: DISCOVER.COM Jan 30 2020 02:58:00     Discover Card,    Acct No xxxx xxxx xxxx 4051,
                  PO Box 15316,    Wilmington DE 19850-5316
16566665          EDI: DISCOVER.COM Jan 30 2020 02:58:00     Discover Card,    Acct No xxxx xxxx xxxx 4051,
                  PO Box 30395,    Salt Lake City UT 84130-0395
16566667         +EDI: FSAE.COM Jan 30 2020 02:58:00     First Source Advantage, LLC,    Acct No xxxx7216,
                  205 Bryant Woods South,    Buffalo NY 14228-3609
16566668          E-mail/Text: ben.meyer@gcu.edu Jan 29 2020 21:57:17     Grand Canyon University,
                  Acct No xxxx3642,    3300 W Camelback Road,    Phoenix AZ 85017-0000
16566670         +EDI: MID8.COM Jan 30 2020 02:58:00     Midland Credit Management, Inc,    Acct No xxxxxx4653,
                  2365 Northside Drive,    Suite 300,    San Diego CA 92108-2709
16566671         +EDI: MID8.COM Jan 30 2020 02:58:00     Midland Funding, LLC,    Acct No xxxxxx4653,
                  2365 Northside Drive,    Suite 300,    San Diego CA 92108-2709
16566675         +E-mail/Text: electronicbkydocs@nelnet.net Jan 29 2020 21:57:32     Nelnet,    Acct No xxxxxx5787,
                  PO Box 82505,    Lincoln NE 68501-2505
16566676          E-mail/Text: electronicbkydocs@nelnet.net Jan 29 2020 21:57:32     Nelnet,    Acct No xxxxxx5787,
                  PO Box 82561,    Lincoln NE 68501-2561
16566673         +E-mail/Text: electronicbkydocs@nelnet.net Jan 29 2020 21:57:32     Nelnet,    Acct No xxxxxx5787,
                  121 S 13th Street,    Suite 201,    Lincoln NE 68508-1911
16566674          E-mail/Text: electronicbkydocs@nelnet.net Jan 29 2020 21:57:32     Nelnet,    Acct No xxxxxx5787,
                  3015 South Parker Road,    Suite 400,    Aurora CO 80014-2904

```
District/off: 0866-4              User: admin              Page 2 of 2              Date Rcvd: Jan 29, 2020
                                 Form ID: b18             Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16567158         +EDI: PRA.COM Jan 30 2020 02:58:00     PRA Receivables Management, LLC,   PO Box 41021,
                   Norfolk, VA 23541-1021
16566678          EDI: RMSCC.COM Jan 30 2020 02:58:00    SYNCB/Old Navy,   PO Box 965004,   Orlando FL 32896-5004
16566680          EDI: RMSCC.COM Jan 30 2020 02:58:00    SYNCB/Old Navy,   PO Box 965005,   Orlando FL 32896-5005
16566679          EDI: RMSCC.COM Jan 30 2020 02:58:00    SYNCB/Old Navy,   PO Box 965036,   Orlando FL 32896-5036
16566681          EDI: RMSCC.COM Jan 30 2020 02:58:00    SYNCB/QCard,   Acct No xxxx xxxx xxxx 7898,
                   PO Box 965017,   Orlando FL 32896-5017
16566682          EDI: RMSCC.COM Jan 30 2020 02:58:00    SYNCB/QCard,   Acct No xxxx xxxx xxxx 7898,
                   PO Box 965018,   Orlando FL 32896-5018
16566685          EDI: RMSCC.COM Jan 30 2020 02:58:00    SYNCB/Walmart,   Acct No xxxx xxxx xxxx 1053,
                   PO Box 965022,   Orlando FL 32896-5022
16566683          EDI: RMSCC.COM Jan 30 2020 02:58:00    SYNCB/Walmart,   Acct No xxxx xxxx xxxx 1053,
                   PO Box 965024,   Orlando FL 32896-5024
16566684          EDI: RMSCC.COM Jan 30 2020 02:58:00    SYNCB/Walmart,   Acct No xxxx xxxx xxxx 1053,
                   PO Box 965036,   Orlando FL 32896-5036
16566687         +EDI: RMSCC.COM Jan 30 2020 02:58:00     Synchrony Bank/Old Navy,   4125 Windward Plaza Drive,
                   Alpharetta GA 30005-8738
16566686          EDI: RMSCC.COM Jan 30 2020 02:58:00     Synchrony Bank/Old Navy,   Attn:  Bankruptcy Department,
                   PO Box 965060,   Orlando FL 32896-5060
16566688         +EDI: RMSCC.COM Jan 30 2020 02:58:00     Synchrony Bank/Q Card,   Acct No xxxx xxxx xxxx 7898,
                   4125 Windward Plaza Drive,   Alpharetta GA 30005-8738
16566689          EDI: RMSCC.COM Jan 30 2020 02:58:00     Synchrony Bank/QCard,   Acct No xxxx xxxx xxxx 7898,
                   Attn:  Bankruptcy Department,   PO Box 965060,   Orlando FL 32896-5060
16566691         +EDI: RMSCC.COM Jan 30 2020 02:58:00     Synchrony Bank/Walmart,   Acct No xxxx xxxx xxxx 1053,
                   4125 Windward Plaza Drive,   Alpharetta GA 30005-8738
16566690          EDI: RMSCC.COM Jan 30 2020 02:58:00     Synchrony Bank/Walmart,   Acct No xxxx xxxx xxxx 1053,
                   Attn:  Bankruptcy Department,   PO Box 965060,   Orlando FL 32896-5060
                                                                                        TOTAL: 39

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
              Janice E. Stanton    jstanton@sr-lawfirm.com,
                jmarcus@sr-lawfirm.com;mol3@ecfcbis.com;jstanton@ecf.axosfs.com
              Tracy L. Robinson    on behalf of Debtor 1 Krystian Louise Swinton
                tlrcourtmail@gmail.com;RobinsonTR52047@notify.bestcase.com
                                                                            TOTAL: 2
```

## 2.7 SYNCB/OLD NAVY (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | | Reported Balance | $0 |
|---|---|---|---|
| Account Status | OVER_120_DAYS_PAST_DUE | Debt-to-Credit Ratio | 0% |
| Available Credit | | $200 | |

### Account History

The tables below show up to 2 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | $411 | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | $51 | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

EQUIFAX     KRYSTIAN SWINTON | May 29, 2020     Page 19 of 81

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | $35 | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | $411 | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | $200 | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | $254 | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | | | | C | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |

## Comments 1

| Date | Comment |
|------|---------|
| 04/2018 | Account closed by credit grantor |

## Comments 2

| Date | Comment |
|------|---------|
| 04/2018 | 150 days past due |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | 90 | 120 | 150 | 120 | 150 | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX |
| 2017 | XXXX | XXXX | XXXX | XXXX | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | 60 |

| | | | |
|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | XXXX No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $422 | Owner | INDIVIDUAL |
| Credit Limit | $200 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | 0 |
| Balance | $0 | Date Opened | May 07, 2017 |
| Amount Past Due | | Date Reported | Jun 17, 2018 |
| Actual Payment Amount | | Date of Last Payment | May 01, 2018 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 13 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Charge Account | Date Closed | Dec 01, 2017 |
| Date of First Delinquency | Oct 01, 2017 | | |

## Comments

Account paid for less than full balance

## Contact

SYNCB/OLD NAVY
4125 WINDWARD PLAZA
ALPHARETTA, GA  30005

Case 4:21-cv-00042-SRB   Document 1-1   Filed 01/25/21   Page 16 of 57



| SYNCB/OLD NAVY | |
|---|---|
| 601859XXXXXX | **Closed** |

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | SYNCB/OLD NAVY |
| Account # | 601859XXXXXX |
| Original Creditor | - |
| Company Sold | - |
| Account Type | REVOLVING |
| Date Opened | May 07, 2017 |
| Account Status! | Closed |
| Payment Status | Legally paid in full for less than the full balance |
| Status Updated | Jun 01, 2018 |
| Balance | |
| Balance Updated | Jun 17, 2018 |
| Credit Limit | $200 |
| Monthly Payment | - |
| Past Due Amount | - |
| Highest Balance | $422 |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | - |
| Comments | Election of remedy - reported by subscriber |
| | Account legally paid in full for less than the full balance |

## CREDIT USAGE

**N/A**

Unknown Credit Usage
Credit usage could not be calculated for this account because either the balance and/or credit limit were not reported.

### CONTACT INFORMATION

PO BOX 965005
ORLANDO, FL 32896
(877) 222-6868

### PAYMENT HISTORY

| 2018 | | | | 2017 | | | |
|---|---|---|---|---|---|---|---|
| Jan | Feb | Mar | Apr | Jan | Feb | Mar | Apr |
| May | Jun | Jul | Aug | May | Jun | Jul | Aug |
| Sep | Oct | Nov | Dec | Sep | Oct | Nov | Dec |

- OK
- 30 Days Late
- Negative
- Data Unavailable
- 120+ Days Late
- 60 Days Late
- 90 Days Late



**SYNCB/QVC**
604576XXXXXXXXXX

Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | SYNCB/QVC |
| Account # | 604576XXXXXXXXXX |
| Original Creditor | - |
| Company Sold | - |
| Account Type | REVOLVING |
| Date Opened | Oct 08, 2017 |
| Account Status! | Closed |
| Payment Status | Legally paid in full for less than the full balance |
| Status Updated | Apr 01, 2019 |
| Balance | |
| Balance Updated | Apr 08, 2019 |
| Credit Limit | $700 |
| Monthly Payment | - |
| Past Due Amount | - |
| Highest Balance | - |
| Terms | Revolving |
| Responsibility | Individual |
| Your Statement | - |
| Comments | Election of remedy - reported by subscriber |
| | Account legally paid in full for less than the full balance |

## CREDIT USAGE

N/A

Unknown Credit Usage
Credit usage could not be
calculated for this account
because either the balance
and/or credit limit were not
reported.

## CONTACT INFORMATION

PO BOX 965018
ORLANDO, FL 32896
(866) 367-9444

## PAYMENT HISTORY

| | 2019 | 2018 | 2017 |
|---|---|---|---|
| | Jan Feb Mar Apr | Jan Feb Mar Apr | Jan Feb Mar Apr |
| | May Jun Jul Aug | May Jun Jul Aug | May Jun Jul Aug |
| | Sep Oct Nov Dec | Sep Oct Nov Dec | Sep Oct Nov Dec |

OK
30 Days Late
Negative
Data Unavailable
120+ Days Late
60 Days Late
90 Days Late

June 3, 2020

Equifax Information Services LLC
PO Box 740256
Atlanta, GA 30374

Krystian Louise Swinton
7718 Loma Vista Dr.
Kansas City, MO 64138
SS#: ███████
DOB: ███████

RE:    **DISPUTE OF INACCURATE CREDIT REPORT INFORMATION**

Dear Sir/Madam:

    I am writing to dispute inaccurate information you have placed in my credit report. Please refer to the credit report you generated on May 29, 2020, Confirmation ███████

    In a nutshell, I filed for Chapter 7 Bankruptcy on October 21, 2019, case #19-42681-btf7, and received my discharge on January 29, 2020.  Specifically, I dispute the following information reported:

███████████████████████████████████████████████████████

    The Syncb/Old Navy account, #601859****, was DISCHARGED through my Chapter 7 bankruptcy.  Please update the Status to show Discharged, not "Over 120 Days Past Due" and remove any Charge Off Amount.

    I look forward to your reply advising me that the inaccurate information has been fully corrected on my credit report.

                                   Very truly yours,

                                   Krystian Louise Swinton

Enclosures

#                              #





This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:

Social Security Administration
P.O. Box 33008, Baltimore, MD 21290-3008

Improper use of this card or number by anyone is punishable by fine, imprisonment or both.

Protect Your Number and Card to Prevent Their Misuse:
* Sign your card right away and keep it in a safe place.
* DO NOT carry it with you.

For any other Social Security business/information, contact your local Social Security office. If you write to the above address for any business other than returning a found card, it will take longer for us to answer your letter.

Social Security Administration
Form SSA-3000 (12-2002)



**19-42681-btf7** Krystian Louise Swinton
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Bankruptcy Judge:** Brian T. Fenimore
**Date filed:** 10/21/2019 **Date of last filing:** 05/01/2020
**Debtor discharged:** 01/29/2020
**Date terminated:** 05/01/2020

# Case Summary

**Office:** Kansas City

**Filed:** 10/21/2019

**County:** JACKSON-MO

**Terminated:** 05/01/2020

**Fee:** Paid

**Debtor discharged:** 01/29/2020

**Origin:** 0

**Reopened:**

**Previous term:**

**Converted:**

**Debtor dismissed:**

**Joint:** n

**Confirmation hearing:**

**Original chapter:** 7
**Current chapter:** 7

**Debtor disposition:** Standard Discharge

**Nature of debt:** consumer
**Pending status:** ,Case Closed,Discharge entered
**Flags:** DEC, FMC, RND, CLOSED

**Trustee:** Janice E. Stanton    **City:** Kansas City 7770    **Phone:** 816-421-   **Fax:** 816-421-7773    **Email:** jstanton@sr-lawfirm.com

**Party 1:** Swinton, Krystian Louise   (Debtor 1)
    SSN / ITIN: xxx-xx-4251

**Atty:** Tracy L. Robinson    **Represents party 1:** Debtor 1    **Phone:** 816-842-1317
                                                 **Fax:** 816-842-0315
                                                 **Email:** admin@tlrlaw.com

**Location of case files:**
   **Volume:** CS1
The case file may not be available.

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 06/04/2020 08:51:33 | | |
| **PACER Login:** | Tracy1125 | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 19-42681-btf7 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Debtor 1   Krystian Louise Swinton _____   Case number (if known) _____

| | | | |
|---|---|---|---|
| **4.5** | Midland Funding, LLC | Last 4 digits of account number   4653 | $1,910.87 |

Nonpriority Creditor's Name
2365 Northside Drive
Suite 300
San Diego, CA 92108

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   1916-CV15673

---

| | | | |
|---|---|---|---|
| **4.6** | Nelnet | Last 4 digits of account number   5787 | $62,855.88 |

Nonpriority Creditor's Name
121 S 13th Street
Suite 201
Lincoln, NE 68508

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| | | | |
|---|---|---|---|
| **4.7** | Synchrony Bank/Old Navy | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
Attn:  Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1   Krystian Louise Swinton                                     Case number (if known) _____

| 4.8 | Synchrony Bank/QCard | Last 4 digits of account number    7898 | $961.52 |

Nonpriority Creditor's Name
Attn:  Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

| 4.9 | Synchrony Bank/Walmart | Last 4 digits of account number    1053 | $571.63 |

Nonpriority Creditor's Name
Attn:  Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Abbott, Osborn, Van Vliet, PLC
974 - 73rd Street
Suite 20
Des Moines, IA 50324

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.5 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        6838

Name and Address
Capital One
Inquiries/Bankruptcy Department
PO Box 30285
Salt Lake City, UT 84130-0285

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.5 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        0425

Name and Address
Capital One
PO Box 30281
Salt Lake City, UT 84130

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.5 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 4 of 8

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

June 3, 2020

Experian
PO Box 4500
Allen, TX 75013

Krystian Louise Swinton
7718 Loma Vista Dr.
Kansas City, MO 64138
SS#: ███████
DOB ███████

RE:    **DISPUTE OF INACCURATE CREDIT REPORT INFORMATION**

Dear Sir/Madam:

I am writing to dispute inaccurate information you have placed in my credit report. In a nutshell, I filed for Chapter 7 Bankruptcy on October 21, 2019, case #19-42681-btf7, and received my discharge on January 29, 2020. Specifically, I dispute the following information reported:

The Syncb/Old Navy account, #601859****, was DISCHARGED through my Chapter 7 bankruptcy. Please update the Status to show Discharged and remove any Charge Off Amount.

The Syncb/QVC account, #604576****, was DISCHARGED through my Chapter 7 bankruptcy. Please update the Status to show Discharged and remove any Charge Off Amount.

Finally, please remove the following incorrect personal information:

Krystian S Swinton
7706 Loma Vista Dr, Kansas City, MO 64138

I look forward to your reply advising me that the inaccurate information has been fully corrected on my credit report.

Very truly yours,

Krystian Louise Swinton

Enclosures

#





This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:

    Social Security Administration
    P.O. Box 33008, Baltimore, MD 21290-3008

Improper use of this card or number by anyone is punishable by fine, imprisonment or both.

**Protect Your Number and Card To Prevent Their Misuse**

- Sign your card right away and keep it in a safe place.
- DO NOT carry it with you.

For any other Social Security business/information, contact your local Social Security office. If you write to the above address for any business other than returning a found card, it will take longer for

Social Security Administration
Form SSA-3000 (12-2002)



KRYSTYAN S LLOU SE SWINTON

SOCIAL SECURITY

**19-42681-btf7** Krystian Louise Swinton
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Bankruptcy Judge:** Brian T. Fenimore
**Date filed:** 10/21/2019 **Date of last filing:** 05/01/2020
**Debtor discharged:** 01/29/2020
**Date terminated:** 05/01/2020

# Case Summary

| | | |
|---|---|---|
| **Office:** Kansas City | **Filed:** | 10/21/2019 |
| **County:** JACKSON-MO | **Terminated:** | 05/01/2020 |
| **Fee:** Paid | **Debtor discharged:** | 01/29/2020 |
| **Origin:** 0 | **Reopened:** | |
| **Previous term:** | **Converted:** | |
| | **Debtor dismissed:** | |
| **Joint:** n | **Confirmation hearing:** | |
| **Original chapter:** 7 | | |
| **Current chapter:** 7 | | |

**Debtor disposition:** Standard Discharge

**Nature of debt:** consumer
**Pending status:** ,Case Closed,Discharge entered
**Flags:** DEC, FMC, RND, CLOSED

**Trustee:** Janice E. Stanton    **City:** Kansas City 7770    **Phone:** 816-421-7770    **Fax:** 816-421-7773    **Email:** jstanton@sr-lawfirm.com

**Party 1:** Swinton, Krystian Louise   (Debtor 1)
    SSN / ITIN: xxx-xx-4251

**Atty:** Tracy L. Robinson    **Represents party 1:** Debtor 1    **Phone:** 816-842-1317
                                                   **Fax:** 816-842-0315
                                                   **Email:** admin@tlrlaw.com

**Location of case files:**
    **Volume:** CS1
The case file may not be available.

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/04/2020 08:51:33 | | |
| **PACER Login:** | Tracy1125 | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 19-42681-btf7 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Debtor 1    Krystian Louise Swinton                                                    Case number (if known)

---

| 4.5 | Midland Funding, LLC | Last 4 digits of account number    4653 | $1,910.87 |

Nonpriority Creditor's Name
2365 Northside Drive
Suite 300
San Diego, CA 92108

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    1916-CV15673

---

| 4.6 | Nelnet | Last 4 digits of account number    5787 | $62,855.88 |

Nonpriority Creditor's Name
121 S 13th Street
Suite 201
Lincoln, NE 68508

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other, Specify _____

---

| 4.7 | Synchrony Bank/Old Navy | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    Krystian Louise Swinton _____    Case number (if known) _____

| 4.8 | Synchrony Bank/QCard | Last 4 digits of account number  7898 | $961.52 |

Nonpriority Creditor's Name
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

| 4.9 | Synchrony Bank/Walmart | Last 4 digits of account number  1053 | $571.63 |

Nonpriority Creditor's Name
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Abbott, Osborn, Van Vliet, PLC
974 - 73rd Street
Suite 20
Des Moines, IA 50324

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    6838

Name and Address
Capital One
Inquiries/Bankruptcy Department
PO Box 30285
Salt Lake City, UT 84130-0285

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    0425

Name and Address
Capital One
PO Box 30281
Salt Lake City, UT 84130

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Official Form 106 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 4 of 8

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

June 3, 2020

Trans Union, LLC
Consumer Dispute Center
PO Box 2000
Chester, PA 19016

Krystian Louise Swinton
7718 Loma Vista Dr.
Kansas City, MO 64138
SS#: ███████
DOB ███████

RE:    **DISPUTE OF INACCURATE CREDIT REPORT INFORMATION**

Dear Sir/Madam:

I am writing to dispute inaccurate information you have placed in my credit report. In a nutshell, I filed for Chapter 7 Bankruptcy on October 21, 2019, case #19-42681-btf7, and received my discharge on January 29, 2020. Specifically, I dispute the following information reported:

█████████████████████████████████████████████████████████████

The Syncb/Old Navy account, #601859****, was DISCHARGED through my Chapter 7 bankruptcy. Please update the Status to show Discharged and remove any Charge Off Amount.

The Syncb/QVC account, #604576****, was DISCHARGED through my Chapter 7 bankruptcy. Please update the Status to show Discharged and remove any Charge Off Amount.

I look forward to your reply advising me that the inaccurate information has been fully corrected on my credit report.

Very truly yours,

Krystian Louise Swinton

Enclosures

#





Missouri DRIVER LICENSE

This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:

Social Security Administration
P.O. Box 33008, Baltimore, MD 21290-3008

Improper use of this card or number by anyone is punishable by fine, imprisonment or both.

Protect Your Number and Card to Prevent Their Misuse:

- Sign your card right away and keep it in a safe place.
- DO NOT carry it with you.

For any other Social Security-business information, contact your local Social Security office. If you write to this above address for any business other than returning a found card, it will take longer for us to answer your letter.

Social Security Administration
Form SSA-3000 (12-2002)



**19-42681-btf7** Krystian Louise Swinton
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Bankruptcy Judge:** Brian T. Fenimore
**Date filed:** 10/21/2019 **Date of last filing:** 05/01/2020
**Debtor discharged:** 01/29/2020
**Date terminated:** 05/01/2020

# Case Summary

| | |
|---|---|
| **Office:** Kansas City | **Filed:** 10/21/2019 |
| **County:** JACKSON-MO | **Terminated:** 05/01/2020 |
| **Fee:** Paid | **Debtor discharged:** 01/29/2020 |
| **Origin:** 0 | **Reopened:** |
| **Previous term:** | **Converted:** |
| | **Debtor dismissed:** |
| **Joint:** n | **Confirmation hearing:** |
| **Original chapter:** 7 | |
| **Current chapter:** 7 | |

**Debtor disposition:** Standard Discharge

**Nature of debt:** consumer
**Pending status:** ,Case Closed,Discharge entered
**Flags:** DEC, FMC, RND, CLOSED

**Trustee:** Janice E. Stanton    **City:** Kansas City 7770    **Phone:** 816-421-7770   **Fax:** 816-421-7773      **Email:** jstanton@sr-lawfirm.com

**Party 1:** Swinton, Krystian Louise   (Debtor 1)
     SSN / ITIN: xxx-xx-4251

**Atty:** Tracy L. Robinson    **Represents party 1:** Debtor 1      **Phone:** 816-842-1317
     **Fax:** 816-842-0315
     **Email:** admin@tlrlaw.com

**Location of case files:**
   **Volume:** CS1
The case file may not be available.

---

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/04/2020 08:51:33 | | |
| **PACER Login:** Tracy1125 | **Client Code:** | |
| **Description:** Case Summary | **Search Criteria:** | 19-42681-btf7 |
| **Billable Pages:** 1 | **Cost:** | 0.10 |

Case 4:21-cv-00042-SRB    Document 1-1    Filed 01/25/21    Page 34 of 57

Debtor 1   Krystian Louise Swinton                                                      Case number (if known)

---

| 4.5 | Midland Funding, LLC | Last 4 digits of account number | 4653 | $1,910.87 |

Nonpriority Creditor's Name
2365 Northside Drive
Suite 300
San Diego, CA 92108

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   1916-CV15673

---

| 4.6 | Nelnet | Last 4 digits of account number | 5787 | $62,855.88 |

Nonpriority Creditor's Name
121 S 13th Street
Suite 201
Lincoln, NE 68508

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

| 4.7 | Synchrony Bank/Old Navy | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Debtor 1   Krystian Louise Swinton _____   Case number (if known) _____

| 4.8 | Synchrony Bank/QCard | Last 4 digits of account number | 7898 | $961.52 |

Nonpriority Creditor's Name
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.9 | Synchrony Bank/Walmart | Last 4 digits of account number | 1053 | $571.63 |

Nonpriority Creditor's Name
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Abbott, Osborn, Van Vliet, PLC<br>974 - 73rd Street<br>Suite 20<br>Des Moines, IA 50324 | Line 4.5 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      6838 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Capital One<br>Inquiries/Bankruptcy Department<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Line 4.5 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      0425 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130 | Line 4.5 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 4 of 8
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

August 18, 2020

Equifax Information Services LLC
PO Box 740256
Atlanta, GA 30374

Krystian Louise Swinton
7718 Loma Vista Dr.
Kansas City, MO 64138
SS#: ███████
DOB: ███████

RE:   **DISPUTE OF INACCURATE CREDIT REPORT INFORMATION – 2ND**
      **DISPUTE**

Dear Sir/Madam:

    On June 3, 2020, I disputed inaccurate information you placed in my credit report and I never received a response. I am writing **AGAIN** to dispute the inaccurate information. Please refer to the credit report you generated on May 29, 2020, Confirmation ███████

    In a nutshell, I filed for Chapter 7 Bankruptcy on October 21, 2019, case #19-42681-btf7, and received my discharge on January 29, 2020. Specifically, I dispute the following information reported:

    The Syncb/Old Navy account, #601859****, was DISCHARGED through my Chapter 7 bankruptcy. Please update the Status to show Discharged, not "Over 120 Days Past Due" and remove any Charge Off Amount.

    I look forward to your reply advising me that the inaccurate information has been fully corrected on my credit report. **Again, this is the SECOND Dispute to correct these errors.**

Very Truly Yours,

Krystian Louise Swinton

Enclosures

Exhibit G





This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:
    Social Security Administration
    P.O. Box 33008, Baltimore, MD 21290-3008

Improper use of this card or number by anyone is punishable by fine, imprisonment or both.

**Protect Your Number and Card to Prevent Their Misuse**

- Sign your card right away and keep it in a safe place.
- DO NOT carry it with you.

For any other Social Security business or information, contact your local Social Security office. If you write to the above address for any business other than returning a found card, it will take longer for us to answer your letter.

Social Security Administration
Form SSA-3000 (12-2002)



**19-42681-btf7** Krystian Louise Swinton
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Bankruptcy Judge:** Brian T. Fenimore
**Date filed:** 10/21/2019 **Date of last filing:** 05/01/2020
**Debtor discharged:** 01/29/2020
**Date terminated:** 05/01/2020

# Case Summary

**Office:** Kansas City                     **Filed:** 10/21/2019
**County:** JACKSON-                  **Terminated:** 05/01/2020
MO
**Fee:** Paid                        **Debtor discharged:** 01/29/2020
**Origin:** 0                                **Reopened:**
**Previous term:**                          **Converted:**
                                      **Debtor dismissed:**
**Joint:** n                      **Confirmation hearing:**
**Original chapter:** 7
**Current chapter:** 7

**Debtor disposition:** Standard Discharge

**Nature of debt:** consumer
**Pending status:** ,Case Closed,Discharge entered
**Flags:** DEC, FMC, RND, CLOSED

**Trustee:** Janice E.    **City:** Kansas City   **Phone:** 816-421- **Fax:** 816-421-7773    **Email:** jstanton@sr-
Stanton               7770                                                             lawfirm.com

**Party 1:** Swinton, Krystian Louise   (Debtor 1)
      SSN / ITIN: xxx-xx-4251

**Atty:** Tracy L.       **Represents party 1:** Debtor 1     **Phone:** 816-842-1317
Robinson                                                  **Fax:** 816-842-0315
                                                 **Email:** admin@tlrlaw.com

**Location of case files:**
   **Volume:** CS1
The case file may not be available.

---

<table>
<tr><td colspan="3" align="center">**PACER Service Center**</td></tr>
<tr><td colspan="3" align="center">**Transaction Receipt**</td></tr>
<tr><td colspan="3" align="center">06/04/2020 08:51:33</td></tr>
<tr><td>**PACER Login:**</td><td>Tracy1125</td><td>**Client Code:**</td><td></td></tr>
<tr><td>**Description:**</td><td>Case Summary</td><td>**Search Criteria:**</td><td>19-42681-btf7</td></tr>
<tr><td>**Billable Pages:**</td><td>1</td><td>**Cost:**</td><td>0.10</td></tr>
</table>

Case 4:21-cv-00042-SRB   Document 1-1   Filed 01/25/21   Page 40 of 57

Debtor 1   Krystian Louise Swinton        Case number *(if known)* _____

---

| 4.5 | **Midland Funding, LLC** | Last 4 digits of account number   4653 | $1,910.87 |

Nonpriority Creditor's Name
2365 Northside Drive
Suite 300
San Diego, CA 92108
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   1916-CV15673

---

| 4.6 | **Nelnet** | Last 4 digits of account number   5787 | $62,855.88 |

Nonpriority Creditor's Name
121 S 13th Street
Suite 201
Lincoln, NE 68508
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.7 | **Synchrony Bank/Old Navy** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   Krystian Louise Swinton                  Case number (if known) _____

| 4.8 | Synchrony Bank/QCard | Last 4 digits of account number   7898 | $961.52 |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

| 4.9 | Synchrony Bank/Walmart | Last 4 digits of account number   1053 | $571.63 |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**Part 3:**   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Abbott, Osborn, Van Vliet, PLC<br>974 - 73rd Street<br>Suite 20<br>Des Moines, IA 50324 | Line 4.5 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    6838 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Capital One<br>Inquiries/Bankruptcy Department<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Line 4.5 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    0425 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130 | Line 4.5 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|

August 18, 2020

Experian
PO Box 4500
Allen, TX 75013

Krystian Louise Swinton
7718 Loma Vista Dr.
Kansas City, MO 64138
SS#: ███████
DOB: ███████

RE:   **DISPUTE OF INACCURATE CREDIT REPORT INFORMATION – 2<u>ND</u>
        DISPUTE**

Dear Sir/Madam:

On June 3, 2020, I disputed inaccurate information you placed in my credit report and I
never received a response. I am writing **AGAIN** to dispute the inaccurate information.

In a nutshell, I filed for Chapter 7 Bankruptcy on October 21, 2019, case #19-42681-btf7,
and received my discharge on January 29, 2020. Specifically, I dispute the following
information reported:

The Syncb/Old Navy account, #601859****, was DISCHARGED through my Chapter 7
bankruptcy. Please update the Status to show Discharged and remove any Charge Off Amount.

The Syncb/QVC account, #604576****, was DISCHARGED through my Chapter 7
bankruptcy. Please update the Status to show Discharged and remove any Charge Off Amount.

Finally, please remove the following incorrect personal information:

Krystian S Swinton
7706 Loma Vista Dr, Kansas City, MO 64138

I look forward to your reply advising me that the inaccurate information has been fully
corrected on my credit report. **Again, this is the SECOND Dispute to correct these errors.**

Very Truly Yours,

Krystian Louise Swinton

Enclosures





This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:

Social Security Administration
P.O. Box 33008, Baltimore, MD 21290-3008

Improper use of this card or number by anyone is punishable by fine, imprisonment or both.

**Protect Your Number and Card to Prevent Their Misuse.**

- Sign your card right away and keep it in a safe place.
- DO NOT carry it with you.

For any other Social Security business information, contact your local Social Security office. If you write to the above address for any business other than returning a found card, it will take longer for us to answer your letter.

Social Security Administration
Form SSA-3000 (12-2002)



**19-42681-btf7** Krystian Louise Swinton
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Bankruptcy Judge:** Brian T. Fenimore
**Date filed:** 10/21/2019 **Date of last filing:** 05/01/2020
**Debtor discharged:** 01/29/2020
**Date terminated:** 05/01/2020

# Case Summary

| | |
|---|---|
| **Office:** Kansas City | **Filed:** 10/21/2019 |
| **County:** JACKSON-MO | **Terminated:** 05/01/2020 |
| **Fee:** Paid | **Debtor discharged:** 01/29/2020 |
| **Origin:** 0 | **Reopened:** |
| **Previous term:** | **Converted:** |
| | **Debtor dismissed:** |
| **Joint:** n | **Confirmation hearing:** |
| **Original chapter:** 7 | |
| **Current chapter:** 7 | |

**Debtor disposition:** Standard Discharge

**Nature of debt:** consumer
**Pending status:** ,Case Closed,Discharge entered
**Flags:** DEC, FMC, RND, CLOSED

| | | | | |
|---|---|---|---|---|
| **Trustee:** Janice E. Stanton | **City:** Kansas City 7770 | **Phone:** 816-421-7770 | **Fax:** 816-421-7773 | **Email:** jstanton@sr-lawfirm.com |

**Party 1:** Swinton, Krystian Louise   (Debtor 1)
         SSN / ITIN: xxx-xx-4251

| | | |
|---|---|---|
| **Atty:** Tracy L. Robinson | **Represents party 1:** Debtor 1 | **Phone:** 816-842-1317 **Fax:** 816-842-0315 **Email:** admin@tlrlaw.com |

**Location of case files:**
  **Volume:** CS1
The case file may not be available.

---

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/04/2020 08:51:33 | | |
| **PACER Login:** | Tracy1125 | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 19-42681-btf7 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Debtor 1    Krystian Louise Swinton

Case number (if known) _____

| 4.5 | Midland Funding, LLC | Last 4 digits of account number | 4653 | $1,910.87 |

Nonpriority Creditor's Name
2365 Northside Drive
Suite 300
San Diego, CA 92108
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  1916-CV15673

---

| 4.6 | Nelnet | Last 4 digits of account number | 5787 | $62,855.88 |

Nonpriority Creditor's Name
121 S 13th Street
Suite 201
Lincoln, NE 68508
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.7 | Synchrony Bank/Old Navy | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
Attn:  Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  Krystlan Louise Swinton                                                Case number (if known)

| 4.8 | Synchrony Bank/QCard | Last 4 digits of account number  7898 | $961.52 |

Nonpriority Creditor's Name
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.9 | Synchrony Bank/Walmart | Last 4 digits of account number  1053 | $571.63 |

Nonpriority Creditor's Name
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

**Part 3:  List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Abbott, Osborn, Van Vliet, PLC<br>974 - 73rd Street<br>Suite 20<br>Des Moines, IA 50324 | Line 4.5 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number  6838 |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Capital One<br>Inquiries/Bankruptcy Department<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Line 4.5 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number  0425 |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130 | Line 4.5 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

August 18, 2020

Trans Union, LLC
Consumer Dispute Center
PO Box 2000
Chester, PA 19016

Krystian Louise Swinton
7718 Loma Vista Dr.
Kansas City, MO 64138
SS#: ████████
DOB: ████████

RE:     **DISPUTE OF INACCURATE CREDIT REPORT INFORMATION – 2ND
        DISPUTE**

Dear Sir/Madam:

On June 3, 2020, I disputed inaccurate information you placed in my credit report and I never received a response. I am writing **AGAIN** to dispute the inaccurate information.

In a nutshell, I filed for Chapter 7 Bankruptcy on October 21, 2019, case #19-42681-btf7, and received my discharge on January 29, 2020. Specifically, I dispute the following information reported:

The Syncb/Old Navy account, #601859****, was DISCHARGED through my Chapter 7 bankruptcy. Please update the Status to show Discharged and remove any Charge Off Amount.

The Syncb/QVC account, #604576****, was DISCHARGED through my Chapter 7 bankruptcy. Please update the Status to show Discharged and remove any Charge Off Amount.

I look forward to your reply advising me that the inaccurate information has been fully corrected on my credit report. **Again, this is the SECOND Dispute to correct these errors.**

Very Truly Yours,

Krystian Louise Swinton

Enclosures





This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:

Social Security Administration
P.O. Box 33008, Baltimore, MD 21290-3008

Improper use of this card or number by anyone is punishable by fine, imprisonment or both.

Protect Your Number and Card to Prevent Their Misuse
• Sign your card right away and keep it in a safe place.
• DO NOT carry it with you.

For any other Social Security business information, contact your local Social Security office. If you write to the above address for any business other than returning a found card, it will take longer for us to answer your letter.

Social Security Administration
Form SSA-3000 (12-2002)



**19-42681-btf7** Krystian Louise Swinton
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Bankruptcy Judge:** Brian T. Fenimore
**Date filed:** 10/21/2019 **Date of last filing:** 05/01/2020
**Debtor discharged:** 01/29/2020
**Date terminated:** 05/01/2020

# Case Summary

**Office:** Kansas City                  **Filed:** 10/21/2019
**County:** JACKSON-
MO                           **Terminated:** 05/01/2020
**Fee:** Paid              **Debtor discharged:** 01/29/2020
**Origin:** 0                       **Reopened:**
**Previous term:**                **Converted:**
                          **Debtor dismissed:**
**Joint:** n               **Confirmation hearing:**
**Original chapter:** 7
**Current chapter:** 7

**Debtor disposition:** Standard Discharge

**Nature of debt:** consumer
**Pending status:** ,Case Closed,Discharge entered
**Flags:** DEC, FMC, RND, CLOSED

**Trustee:** Janice E.
Stanton    **City:** Kansas City
7770    **Phone:** 816-421- **Fax:** 816-421-7773    **Email:** jstanton@sr-lawfirm.com

**Party 1:** Swinton, Krystian Louise   (Debtor 1)
       SSN / ITIN: xxx-xx-4251

**Atty:** Tracy L.
Robinson    **Represents party 1:** Debtor 1    **Phone:** 816-842-1317
                                             **Fax:** 816-842-0315
                                             **Email:** admin@tlrlaw.com

**Location of case files:**
   **Volume:** CS1
The case file may not be available.

---

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/04/2020 08:51:33 | | |
| **PACER Login:** | Tracy1125 | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 19-42681-btf7 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Case 4:21-cv-00042-SRB    Document 1-1    Filed 01/25/21    Page 52 of 57

Debtor 1   Krystian Louise Swinton _____    Case number (if known) _____

---

| 4.5 | Midland Funding, LLC | Last 4 digits of account number  4653 | $1,910.87 |

Nonpriority Creditor's Name
2365 Northside Drive
Suite 300
San Diego, CA 92108

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a  community debt

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  1916-CV15673

**Is the claim subject to offset?**

■ No
□ Yes

---

| 4.6 | Nelnet | Last 4 digits of account number  5787 | $62,855.88 |

Nonpriority Creditor's Name
121 S 13th Street
Suite 201
Lincoln, NE 68508

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a  community debt

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
□ Other. Specify  _____

**Is the claim subject to offset?**

■ No
□ Yes

---

| 4.7 | Synchrony Bank/Old Navy | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
Attn:  Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a  community debt

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

**Is the claim subject to offset?**

■ No
□ Yes

---

| 4.8 | Synchrony Bank/QCard | Last 4 digits of account number | 7898 | $961.52 |

Nonpriority Creditor's Name
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 | Synchrony Bank/Walmart | Last 4 digits of account number | 1053 | $571.63 |

Nonpriority Creditor's Name
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Abbott, Osborn, Van Vliet, PLC<br>974 - 73rd Street<br>Suite 20<br>Des Moines, IA 50324 | Line 4.5 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number 6838 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Capital One<br>Inquiries/Bankruptcy Department<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Line 4.5 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number 0425 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130 | Line 4.5 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|

Official Form 106 E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     Page 4 of 8
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

>>> **We have researched the credit account. Account #-601859644673**. **The results are:** We have verified that this item has been reported correctly. Additional information has been provided from the original source regarding this item. THE FOLLOWING FIELDS HAVE BEEN MODIFIED. *ADDITIONAL INFORMATION.* *ACCOUNT HISTORY.* If you have additional questions about this item please contact: **Synch/Old Navy, PO Box 965036, Orlando FL 32896-5036 Phone: (866) 396-8254**

## Synch/Old Navy    PO Box 965036 Orlando FL 32896-5036 : (866) 396-8254

| Account Number | Date Opened | High Credit | Credit Limits | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 601859644673 | 05/07/2017 | $422 | $200 | | Monthly | 13 | Paid and Closed | |

| Items As of/ Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of Last Delinquency | Date of Last Activity | Date Maj. Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/11/2020 | $0 | $0 | 05/2018 | $0 | $0 | | 05/2018 | | $0 | | $0 | | 12/2017 |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Pays As Agreed | Revolving | Charge Account | Individual Account | | |

**ADDITIONAL INFORMATION:**

Account Paid For Less Than Full Balance

Closed or Paid Account/Zero Balance

**Charge**

Account History with Status Codes

| 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 |
|---|---|---|---|---|---|---|
| 5 | 4 | 5 | 4 | 3 | 2 | 1 |

Page 4 of 4

( End Of Report )

Case 4:21-cv-00042-SRB   Document 1-1   Filed 01/25/21   Page 55 of 57
Exhibit H



**SYNCB/OLD NAVY** Partial Acct # 601859644673   PO BOX 965005 ORLANDO FL 32896 (877) 222 6868

| | | |
|---|---|---|
| **Date opened** | **First reported** | **Recent balance** |
| May 2017 | May 2017 | Not reported |
| **Type** | **Terms** | **Status** |
| Charge Card | Not reported | Paid in settlement. |
| **Responsibility** | **Monthly payment** | This account is |
| Individual | Not reported | scheduled to continue on |
| | **Credit limit or original** | record until Jul 2024. |
| | **amount** | **Comment:** |
| | $200 | Account paid in full for |
| | **High balance** | less than full balance. |
| | $422 | This item was updated |
| | | from our processing of |
| | | your dispute in Jul 2020. |
| | | **Date of Status** |
| | | Jun 2018 |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | CLS | | | | | |
| 2017 | | | | | | | OK | OK | OK | OK | OK | OK |

**SYNCB/QVC** Partial Acct # 604576102825   PO BOX 965018 ORLANDO FL 32896 (877) 490 1787

| | | |
|---|---|---|
| **Date opened** | **First reported** | **Recent balance** |
| Oct 2017 | Oct 2017 | Not reported |
| **Type** | **Terms** | **Status** |
| Charge Card | Not reported | Paid in settlement. $961 |
| **Responsibility** | **Monthly payment** | written off. |
| Individual | Not reported | This account is |
| | **Credit limit or original** | scheduled to continue on |
| | **amount** | record until Feb 2025. |
| | $700 | **Comment:** |
| | **High balance** | Account paid in full for |
| | $961 | less than full balance. |
| | | This item was updated |
| | | from our processing of |
| | | your dispute in Jul 2020. |
| | | **Date of Status** |
| | | Mar 2019 |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ND | CO | CO | | | | | | | | | |
| 2018 | | | | OK | OK | | | | | | ND | ND |
| 2017 | | | | | | | | | | OK | | |

Exhibit I

# Your Investigation Results

> **INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED: A change was made to the item(s) based on your dispute.**



**SYNCB/OLD NAVY #601859644673****** ( PO BOX 965005, ORLANDO, FL 32896-5005, (877) 222-6868 )

We investigated the information you disputed and updated: **Balance; Past Due; Pay Status; Terms; Remarks; Rating; Payment Received**. Here is how this item appears on your credit report following our investigation.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date Opened: | 05/07/2017 | Date Updated: | 06/17/2018 | Pay Status: | >Account Included in Bankruptcy< |
| Responsibility: | Individual Account | Last Payment Made: | 05/30/2018 | | |
| Account Type: | Revolving Account | High Balance: | $422 | Date Closed: | 12/11/2017 |
| Loan Type: | CHARGE ACCOUNT | Credit Limit: | $200 | Date Paid: | 05/30/2018 |

Remarks: >CHAPTER 7 BANKRUPTCY<; CLOSED
Estimated month and year that this item will be removed: 09/2024

**SYNCB/QVC #604576102825****** ( PO BOX 965005, ORLANDO, FL 32896, (877) 490-1787 )

We investigated the information you disputed and updated: **Rating**. Here is how this item appears on your credit report following our investigation.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date Opened: | 10/08/2017 | Date Updated: | 04/08/2019 | Pay Status: | >Account Included in Bankruptcy< |
| Responsibility: | Individual Account | Last Payment Made: | 03/04/2019 | | |
| Account Type: | Revolving Account | High Balance: | $961 | Date Closed: | 02/02/2018 |
| Loan Type: | CHARGE ACCOUNT | Credit Limit: | $700 | Date Paid: | 03/04/2019 |

Remarks: >CHAPTER 7 BANKRUPTCY<
Estimated month and year that this item will be removed: 05/2025